IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**KENNETH GREER, #L5620**                                                                        **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO. 3:05cv656HTW-JCS**

**CHRISTOPHER EPPS, et al.**                                                   **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

This cause is before the Court, <u>sua</u> <u>sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 21st day of June, 2006.

                                           s/ HENRY T. WINGATE

                                           CHIEF UNITED STATES DISTRICT JUDGE